## Commonwealth *v.* Milligan, Appellant.

Before GARB, J.

Argued September 8, 1975. *Michael A. Klimpl,* Assistant Public Defender, for appellant; *Peter F. Schenck,* Assistant District Attorney, *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Morgan, Appellant.

Before ROBINSON, P. J.

Argued September 11, 1975. *Robert J. Nolan,* Assistant Public Defender, with him *John J. Dunn, Sr.,* Public Defender, for appellant; *Ernest D. Preate, Jr.,* Assistant District Attorney, with him *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.